UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JSMN SHENANGO VALLEY MALL LLC,

                Plaintiff,

                -v-

PARADIGM CREDIT CORPORATION,

                Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 1, 2018

17-cv-9994 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On Thursday, July 26, 2018, Magistrate Judge Gorenstein informed the Court that the parties reached a settlement in principle in a related case, Iowa Square Realty LLC v. Thota, 17-cv-9933, and that the settlement in that case also provides for the dismissal of this case. (See also ECF No. 78.) On Wednesday, August 1, 2018, the Defendants informed the Court that they do not oppose the Court's issuance of a 90-day order. (See ECF No. 80.) Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Tuesday, October 30, 2018**.

Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

All other dates and deadlines in this matter are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:     New York, New York
           August 1, 2018

_____
KATHERINE B. FORREST
United States District Judge