USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-16-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JSMN Shenango Valley Mall LLC,

                                Plaintiff,

      -against-                            1:17-cv-09994 (ALC) ()

Paradigm Credit Corporation,                **ORDER**

                              Defendant.
-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the Order granting Plaintiff's time extension request (ECF No. 92), the pending motions at ECF Nos. 83 and 88 are DENIED as moot.

**SO ORDERED.**

Dated: September 16, 2019
       New York, New York

                                               ANDREW L. CARTER, JR.
                                               United States District Judge